In the Matter of KYRAH A.J.S., an Infant. NIAGARA COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; LEONARD S., Appellant. [935 NYS2d 266]—

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Smith, J.P., Fahey, Carni, Sconiers and Gorski, JJ.